379 A.2d 578

Commonwealth v. Boman, Appellant.

Submitted December 6, 1976. Richard G. Fine and Louis A. Fine, for appellant; Stephen G. Bresset, Assistant District Attorney, and Nicholas A. Barna, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.